UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Honorable Patty Shwartz**          U.S. Post Office & Courthouse Bldg.
**United States Magistrate Judge**   Federal Square, Newark, NJ  07101
                                     (973) 645-6596

November 3, 2005

Mark B. Frost
Pier 5 at Penn's Landing
7 N. Columbus Blvd.
Philadelphia, Pennsylvania 19106

John Bennett
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068

<u>**LETTER ORDER**</u>

     RE:    <u>CAROL STITH v. MERCK & CO., INC.</u>
               <u>Civil Action No. 05-4933(FSH)</u>

Dear Counsel:

     There shall be a telephone conference on **November 7, 2005 at 10:00 a.m.** Plaintiff shall initiate the telephone call. Plaintiff shall serve a copy of this Order to the defendant. Kindly mark your calendars accordingly.

**SO ORDERED.**

s/Patty Shwartz
**United States Magistrate Judge**